IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 08 2011

By: JAMES N. HATTEN, Clerk
                         Deputy Clerk

UNITED STATES OF AMERICA,

v.

CATARINA HILDERBRAND,

    Defendant.

CRIMINAL CASE NO.

1:10-CR-199-01-JEC

## ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Report and Recommendation [50] recommending accepting defendant's plea of guilty tendered on December 14, 2010. No objections have been filed to the Report and Recommendation.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [50] and **ACCEPTS** the defendant's plea of guilty as to Count Two of the Indictment.  The Court notes that the sentencing date has been set for TUES**DAY, APRIL 5, 2011, 2:00 P.M., COURTROOM 2107.**

SO ORDERED this ___8___ day of FEBRUARY, 2011.

JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)